Ross M. Mumme, Esq. (029956)
101 N. First Ave., Ste. 1775
Phoenix, Arizona 85003
Telephone: (602) 277-3776
Fax: (602) 277-4103
rmumme@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In Re | In Proceedings Under Chapter 13 |
|---|---|
| RYAN PATRICK ROSARIO, | Case No.: 2:22-BK-04521-MCW |
| Debtor. | |
| | **MOTION FOR ORDER DENYING DISCHARGE** |

NOW COMES Edward J. Maney, Chapter 13 Trustee (hereinafter the "Trustee"), by and through counsel undersigned, and hereby moves the Court for entry of an Order denying discharge in the above-captioned Chapter 13 case pursuant to 11 U.S.C. § 1328(f)(1). This motion is supported by the entire record before the Court in this case and the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

This Court has jurisdiction over this matter under 28 U.S.C. §1334(a) and (b), 28 U.S.C. §157(a) and (b)(1), and 28 U.S.C. §151. This is a core proceeding under 28 U.S.C. §157(b)(2)(A) and (J). This objection is filed pursuant to 11 U.S.C. § 1328(f)(1).

Pursuant to F.R.B.P. 4004(a), a motion objecting to the granting of a discharge under 11 U.S.C. § 1328(f)(1) shall be filed not later than 60 days following the first date set for the Meeting of Creditors held pursuant to 11 U.S.C. §341(a), unless a motion to extend the time for filing a

complaint objecting to discharge is pending. In the present case, the §341(a) Meeting of Creditors was originally held on August 31, 2022, making the deadline to file a motion objecting to the granting of a discharge October 31, 2022. Pursuant to F.R.B.P. 4004(d), an objection to discharge pursuant to 1328(f) is a contested matter that does not require the commencement of an Adversary Proceeding.

Debtor previously filed a voluntary petition for relief under chapter 7 of Title 11, United States Code, on February 1, 2019 in the Arizona Bankruptcy Court. The petition was assigned the Case Number 19-01214. The Debtor obtained a Chapter 7 discharge in that case on May 30, 2019. The Debtor filed the instant case on July 12, 2022. The instant case was filed within four years of the prior Chapter 7 case. Since the instant case was filed within four years of the commencement of the prior Chapter 7 case in which the Debtor received a discharge, Debtor is not entitled to a discharge in this case pursuant to 11 U.S.C. §1328(f)(1).

Based on the foregoing, Trustee respectfully requests the Court enter an Order denying the Debtor's Chapter 13 discharge pursuant to 11 U.S.C. § 1328(f)(1), and for whatever other relief the Court deems just and proper.

Dated: [see digital signature block]

Ross M. Mumme, Staff Attorney
Edward J. Maney, Trustee

Case 2:22-bk-04521-MCW    Doc 26    Filed 09/07/22    Entered 09/07/22 09:39:37    Desc
Main Document    Page 2 of 3

The foregoing was filed via ECF and a copy was served via Notice of Electronic Filing pursuant to Local Rule 9076-1, and via US Mail on [see electronic signature] to the following recipients:

RYAN PATRICK ROSARIO
14534 N 157TH CIRCLE
SURPRISE, AZ 85379

THOMAS ADAMS MCAVITY
Phoenix Fresh Start Bankruptcy
Skokie, IL 60076-2780

Office of the U. S. Trustee
230 N. 1ST Ave., Suite 204
Phoenix, AZ 85003

---

Ross M. Mumme, Staff Attorney
Edward J. Maney, Trustee