**SO ORDERED.**

**Dated: October 21, 2022**



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re | In Proceedings Under Chapter 13 |
| RYAN PATRICK ROSARIO, | Case No.: 2:22-BK-04521-MCW |
| Debtor. | **ORDER GRANTING TRUSTEE'S MOTION TO DENY CHAPTER 13 DISCHARGE** |

The Chapter 13 Trustee, Edward J. Maney, having filed a *Motion for Order Denying Discharge* in the above captioned case, notice of the motion having been served on Debtors and the United States Trustee, no objection having been filed within the specified timeframe and good cause appearing therefor,

**IT IS ORDERED:**

Trustee' s Motion is granted and Debtors' Chapter 13 Discharge is hereby denied.

**DATED AND SIGNED ABOVE**