SO ORDERED.

Dated: April 18, 2023



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| RYAN PATRICK ROSARIO, | Case No. 2:22-bk-04521-MCW |
| Debtor. | **ORDER APPROVING STIPULATION 1) SETTING DEADLINE TO SUBMIT PROPOSED STIPULATED CONFIRMATION ORDER AND CURE PAYMENT DELINQUENCY AND 2) VACATING HEARING**<br><br>Hearing Date: April 19, 2023<br>Hearing Time: 1:30 p.m. |

Upon the Stipulation 1) Setting Deadline to Submit Proposed Confirmation Order and Cure Payment Delinquency, and 2) Vacating Hearing (DN 55) filed by Edward J. Maney, Chapter 13 Trustee, and Ryan Patrick Rosario, Debtor, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Debtor is to submit to the Trustee a proposed Stipulated Order Confirming Chapter 13 Plan and cure the delinquency in Plan payments on or before May 22, 2023. In the event that Debtor fails to comply, the Trustee may lodge an Order Dismissing Case.

**IT IS FURTHER ORDERED** vacating the hearing on the Trustee's Recommendation Report (DN 41) and Debtor's Objection thereto (DN 42) scheduled for April 19, 2023, at 1:30 p.m. (DN 52, 54).

**DATED AND SIGNED ABOVE**